**COMMISSIONER OF INTERNAL REVENUE v. Guy S. GREENE and Helen A. Greene.**

No. 7834.

Circuit Court of Appeals, Sixth Circuit.

Oct. 13, 1937.

James W. Morris, Morrison Shafroth, and Sewall Key, all of Washington, D. C., for petitioner.

Harold M. Ryan, of Detroit, Mich., for respondents.

Before HICKS, SIMONS and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that a motion to docket and dismiss appeal has been filed by petitioner, accompanied by certificate of the clerk of the Board of Tax Appeals, as provided by rule 18, and it further appearing that respondent has consented to the granting of said motion, it is ordered that the appeal be, and the same is, docketed and dismissed, the costs to be charged against the government as constructive earnings.

Appeal docketed and dismissed.

■

**COMMISSIONER OF INTERNAL REVENUE v. MOUNT OLIVET CEMETERY COMPANY.**

No. 7837.

Circuit Court of Appeals, Sixth Circuit.

Oct. 13, 1937.

James W. Morris, Morrison Shafroth, and Sewall Key, all of Washington, D. C., for petitioner.

Alfred T. Adams, of Nashville, Tenn., for respondent.

Before HICKS, SIMONS and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that a motion to docket and dismiss appeal has been filed by petitioner, accompanied by certificate of the clerk of the Board of Tax Appeals, as provided by rule 18, and it further appearing that the respondent has consented to the granting of said motion, it is ordered that the appeal be, and the same is, docketed and dismissed, the costs to be charged against the government as constructive earnings.

Appeal docketed and dismissed.

■

**Nevena DASKALOFF v. John L. ZURBRICK, District Director of Immigration.**

No. 7850.

Circuit Court of Appeals, Sixth Circuit.

Nov. 2, 1937.

John G. Romanoff, of Detroit, Mich, for appellant.

John C. Lehr and Louis M. Hopping, both of Detroit, Mich., for appellee.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges.

PER CURIAM.

It is ordered that the appeal in this cause be, and the same is, dismissed, pursuant to motion of appellee.